UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | FILE NO.:3:06-CR-00052-MEF-SRW |
| RUDOLPH TERRY, | ) | |
|     Defendants. | ) | |

## ENTRY OF APPEARANCE

**COMES NOW**, BRIAN STEEL, and hereby files this Entry of Appearance as counsel for Defendant RUDOLPH TERRY, in the above-styled case. All pleadings and official Court notices should be sent to the address below.

This the 1st day of March, 2006.

Respectfully submitted,

S/ Brian Steel
**BRIAN STEEL**
GA Bar No.: 677640
Attorney for Defendant Rudolph Terry

The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I have this day served a copy of the within and foregoing **ENTRY OF APPEARANCE** upon all known counsel of record by filing same with CM/ECF:

**Andrew O. Schiff, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office**
**United States Department of Justice-Middle District of Alabama**
**One Court Square**
**Suite 201**
**Montgomery, AL 36101**

This the 1st day of March, 2006.

    Respectfully submitted,

    s/ Brian Steel
    **BRIAN STEEL**
    GA Bar No.: 677640
    Attorney for Defendant Rudolph Terry