IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr52-MEF |
| | ) | |
| RUDOLPH TERRY | ) | |

### MOTION TO CONTINUE CHANGE OF PLEA HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

Mr. Steel is scheduled to begin a homicide trial on March 6, 2006, in Atlanta that he expects to last seven days. Because of vacations previously scheduled by Mr. Steel and AUSA Schiff, the parties would request that, if the court is available, the proceeding be scheduled for April 3, 4, 5, or 7, or at a later date convenient for the court.

Based upon the above, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 1st day of March, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 3:06cr52-MEF |
| ) | |
| RUDOLPH TERRY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Steel, Esq.

                    Respectfully submitted,

                    /s/Andrew O. Schiff
                    ANDREW O. SCHIFF
                    Assistant United States Attorney
                    One Court Square, Suite 201
                    Montgomery, AL 36104
                    Phone: (334)223-7280
                    Fax: (334)223-7135
                    E-mail: andrew.schiff@usdoj.gov