IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06CR52-MEF |
| | ) | WO |
| RUDOLPH TERRY | ) | |

**ORDER ON MOTIONS**

Upon consideration of the motions to continue change of plea hearing filed by defendant and the government (Doc. ## 5, 6), and for good cause, it is

ORDERED that the motions be and hereby are GRANTED. The change of plea hearing is rescheduled from March 6, 2006 to April 3, 2006 at 8:45 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE