UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 3 A 10:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL ACTION |
| | ) FILE NO.:3:06-CR-00052-MEF-SRW |
| RUDOLPH TERRY, | ) |
| Defendants. | ) |

## PETITION FOR ADMISSION PRO HAC VICE

In accordance with the Uniform Local Rule 83.1, for the United States District Court for the Middle District of Alabama, counsel for Defendant Terry makes this application to be admitted Pro Hac Vice to the bar of this Court for the purpose of appearing on behalf of Defendant Rudolph Terry in the above described action. Counsel is ineligible to become a member of this court, but is a member in good standing of the bar of the United States District Court for the Northern District of Georgia and the bar of the Supreme Court of Georgia which is the highest court of such state. Attached hereto is a Certificate of Good Standing from the United States District Court for the Northern District of Georgia, and payment of the applicable fee of one hundred seventy ($170.00) dollars, made payable to "Clerk, U.S. District Court." There have been no disciplinary proceedings or criminal charges instituted against me.

This the 1st day of March, 2006.

Respectfully submitted,

_____
BRIAN STEEL
Georgia Bar No.:677640
Attorney for Defendant Terry

The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **PETITION FOR ADMISSION PRO HAC VICE** upon all known counsel of record by filing same with CM/ECF:

Andrew O. Schiff, Esq.
Assistant United States Attorney
United States Attorney's Office
United States Department of Justice-Middle District of Alabama
One Court Square
Suite 201
Montgomery, AL 36101

This the 1st day of March, 2006.

Respectfully submitted,

_____
BRIAN STEEL
Georgia Bar No.:677640
Attorney for Defendant Terry

The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023

2