

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BRIAN STEEL, 677640,** was duly admitted to practice in said Court on June 27, 1994 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 2nd day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

