IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-052-F |
| | ) | |
| RUDOLPH TERRY | ) | |

## **O R D E R**

Upon consideration of the Motion for Brian Steel to Appear Pro Hac Vice (Doc. #8) filed on March 3, 2006 , it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of March, 2006.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE