# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

RUDOLPH TERRY

WAIVER OF INDICTMENT

CASE NUMBER: 3:06CR 52-MEF

I, __Rudolph Terry_____, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-3-06__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer