IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-52-F |
| | ) | |
| RUDOLPH TERRY | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #17)

filed on May 8, 2006, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for July 6,

2006 is continued to August 4, 2006 at 9:00 A.M. in the United States Courthouse, One

Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 10th day of May, 2006.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE