# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   8/3/06          AT:   10:05 a.m.
DATE COMPLETED:   8/3/06          AT:   11:00 a.m.

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CR. NO. 3:06CR52-MEF |
| | § | |
| RUDOLPH TERRY | § | |

|  GOVERNMENT          APPEARANCES: | DEFENDANT |
|---|---|
| Andrew O. Schiff | Brian Steel |

COURT OFFICIALS PRESENT:

| Barbara Wells, Law Clerk | P. Douglas Mathis, Jr., USPO |
|---|---|
| Kelli Gregg, Courtroom Clerk | |
| Jimmy Dickens, Court Reporter | |

COURTROOM  PROCEEDINGS:

( X )  **Sentencing**

10:05 a.m. -   Court convenes.
The Government states the terms of the plea agreement to the Court.
The Government ORALLY Motions the Court for a 3 point reduction for acceptance of responsibility in lieu of a written motion at this time.
Court ORALLY GRANTS Motion for 3 point reduction with the Government to file a written motion .
Defendant calls his first witness Michael Rudolph Terry to testify.
Defendant calls his next witness Allien R. Terry to testify.
Court will make letters in support of defendant Terry as Courts Exhibit 1.
The Court will accept the terms of the plea agreement between the parties with exception of the specific sentencing term of 48 months.  The Court will reject that portion of the agreement and sentence defendant at the low end of the recommended range of 41 months.
Court will have defendant meet with probation officer to determine whether or not he should attend the Intensive Residential Substance Abuse Treatment program with BOP.
Court sentences defendant and advises him of his right to an appeal.
Defendant would like to self surrender to BOP on October 15, 2006

|  |  |
|---|---|
|  | instead of September 18, 2006. |
|  | Court will allow defendant to self surrender by October 19, 2006 at 2:00 p.m. |
|  | Court will impose the same conditions of release with additional drug and alcohol testing. |
| 11:00 a.m. - | Court is in recess. |