IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 3:06CR52-MEF |
| | ) | |
| | ) | Sentencing: 8/3/06 |
| Rudolph Terry | | Before: Honorable Mark E. Fuller |

**WITNESS LIST**

GOVERNMENT                                                                DEFENDANT

Michael R. Terry
Allien R. Terry