| COURTS '<br>**EXHIBITS**<br><br>CR NO. 3:06CR52-MEF | UNITED STATES OF AMERICA<br><br>vs<br><br>RUDOLPH TERRY |
|---|---|
| **Sentencing** | PRESIDING JUDGE: MARK E. FULLER |
| **exhibits maintained in separate binder w/court file** | Court Reporter: JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | | 8/3/06 | 1 | | | Several letters received by the Court in support of defendant Terry |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |