IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-52-MEF |
| | ) | |
| RUDOLPH TERRY | ) | |

## **O R D E R**

On October 4, 2006, the court has received correspondence from defendant requesting a continuance of the date he was to surrender to the Bureau of Prisons for service of sentence. After considering defendant's request, it is hereby

ORDERED that the defendant shall surrender to the Bureau of Prisons before December 6, 2006.

DONE this 16th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE