## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) CRIMINAL ACTION |
| | ) FILE NO.:3:06-CR-00052-MEF |
| **RUDOLPH TERRY,** | ) |
| | ) |
| **Defendant .** | ) |

### MOTION FOR CONTINUANCE OF SURRENDER DATE

**COMES NOW** DEFENDANT, RUDOLPH TERRY, by and through undersigned counsel, and hereby files this Motion for Continuance of the date in which he has been ordered to surrender to the custody of the Bureau of Prisons. In support of this Motion for Continuance, Defendant Terry shows as follows:

1.

Defendant was sentenced in the above-referenced case to a term of imprisonment and he has been ordered to surrender to the Bureau of Prisons before December 6, 2006. (See Document 25-1). Defendant will serve his sentence at the Federal Prison Camp in Montgomery, Alabama.

2.

Defendant has been working diligently to find supporting materials to aid in a related civil lawsuit. The success of that lawsuit could aid in payment of his restitution Order. (See Exhibit A).

The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023

3.

This past weekend, Defendant learned of the whereabouts of an individual who may be in possession of relevant and pertinent files needed by Defendant. The individual travels for his job and will be unavailable until December 15, 2006. (See Exhibit A).

4.

Defendant requests that the Court grant Defendant an extension of 30 days to report to the Bureau of Prisons for commencement of his prison sentence, giving Defendant additional time in which to search for, secure and analyze files relating to litigation against Cintas Corporation.

5.

Defendant will not seek any other continuances to delay his surrender date.


**WHEREFORE**, Defendant Rudolph Terry respectfully requests that this Court grant a Continuance of thirty (30) days, extending the date to surrender to the custody of the Bureau of Prisons until January 6, 2007.

This the 30th day of November, 2006.

Respectfully submitted,

S/ BRIAN STEEL
**BRIAN STEEL**
GA Bar No.: 677640
Attorney for Defendant Rudolph Terry

The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served a copy of the within and foregoing **MOTION FOR CONTINUANCE OF SURRENDER DATE** upon all known counsel of record by filing same with CM/ECF:

**Andrew O. Schiff, Esq.**
**Assistant United States Attorney**
**United States Attorney's Office**
**United States Department of Justice-Middle District of Alabama**
**One Court Square**
**Suite 201**
**Montgomery, AL 36101**

This the 30th day of November, 2006.

Respectfully submitted,

S/BRIAN STEEL
**BRIAN STEEL**
GA Bar No.: 677640
Attorney for Defendant Rudolph Terry