November 26, 2006

Rudolph Terry
1785 Loch Lomond Trail
Atlanta, Ga. 30331
Phone 404-735-7790
Fax    404-344-9457

Honorable Judge Mark Fuller
United States District Judge
Middle District of Alabama
1 Church Street
Montgomery, Alabama 36104-4018

Re: Request to delay December 6, entry of FPC Montgomery, Alabama.

Dear Sir:

I continue to work to establish the basis of value for Terry Manufacturing Company's Atlanta operation in an attempt to recover funds for Mr. N. D. Horton's restitution through the $100 Million plus suit against Cintas Corporation and other means.

I have been forced to reconstruct many of the files needed to support the value of Terry Manufacturing Company's Atlanta office. Many files were located on computers sold and if files destroyed during the bankruptcy process before my former employees and I were allowed to access the building. I have worked more than 16 to 18 hours per day for the past month on my job and to secure and organize any files that have been found. There is a large series of files I have been previously unable to recover, related to the more than 100 Collegiate Licenses and the Professional Sports Licenses held by the company.

I have this weekend located my former National Sales Manager living in Denver Colorado. Mr. Metzer kept independent files for many of the negotiations and licensed product transactions and believes they may be in storage. He is currently involved in international sourcing and travels outside the U. S. and domestically much of the time. He expects to be in Denver during the weeks of December 15 through December 29 for a period of time when I can specify what I need and he will search for the files.

**I am asking for a postponement of approximately 30 days to January 10, 2007 to secure these plus other files if available and merge and note all information secured.**

I apologize for having to trouble you further and will work to complete the process immediately. I tried so hard to not have to ask for further delay. However, I know it is not possible to complete this process from FPC Montgomery.

Thank you for your consideration.

Sincerely,

Rudolph Terry
P. S. Could you please Fax Reply to 404-349-8063?