IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-52-MEF |
| | ) | |
| RUDOLPH TERRY | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Continuance of Surrender Date (D0c. #26) filed on November 30, 2006, and the conference call the Court held with defense counsel and the Assistant United States Attorney on December 1, 2006, it is hereby

ORDERED that the motion is GRANTED. Defendant is to self surrender to the Bureau of Prisons on or before Tuesday, January 9, 2007, at 2:00 P.M.

DONE this 4th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE