Judgment — Page __2__ of __6__

DEFENDANT: **RUDOLPH TERRY**
CASE NUMBER: **3:06CR52-MEF**

RECEIVED

2007 JAN 16  P 3: 10

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Forty One (41) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be placed in a facility with an Intensive Residential Substance Abuse Treatment program.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 2 p.m. on __October 19, 2006__ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

JAN 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ v/s on __1-9-2007__ to __FPC mon__

at __Maxwell AFB, AL 36112__ , with a certified copy of this judgment.

__O. DREW WARDEN__
UNITED STATES MARSHAL

By __[signature] C. Sandman, USM__
DEPUTY UNITED STATES MARSHAL